UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH SHAWN BAGGETT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN WOODRING,<br><br>　　　　　　Respondent. | Case No.  C05-5546FDB<br><br>ORDER TO SHOW CAUSE |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on petitioner's filing of a petition for writ of *habeas corpus* under 28 U.S.C. § 2241.  To file a petition and initiate legal proceedings petitioner must pay a filing fee of $5.00 or file a proper application to proceed *in forma pauperis*.

On August 10, 2005, the clerk received petitioner's petition. (Dkt. #1).  On August 18, 2005, the clerk sent petitioner a letter stating that he must either pay the full $5.00 filing fee or file an application to proceed *in forma pauperis*. (Dkt. #2).   The letter further stated that if petitioner did not so respond by September 19, 2005, this action may be subject to dismissal.  To date, petitioner has not responded to the clerk's letter.

Accordingly, this court orders the following:

(1)　　Petitioner shall seek to cure this deficiency by **no later than November 4, 2005**, by paying the full $5.00 court filing fee or filing a proper application to proceed *in forma pauperis*.

ORDER
Page - 1

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copy of this Order to petitioner.

DATED this 4th day of October, 2005.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge