UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH SHAWN BAGGETT,

    Petitioner,

v.

WARDEN WOODRING,

    Respondent.

Case No. C05-5546FDB

ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

The Court, having reviewed the report and recommendation and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) this case is TRANSFERRED to the United States District Court for the Central District of California.

(3) the Clerk is directed to enter this Order and send copies to petitioner and any other party that has appeared in this action.

(4) the Clerk is further directed to forward the case file with a copy of this Order to the District Court Executive for the United States District Court for the Central District of California and close the file in this district.

DATED this 6th day of March 2006.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER
Page - 1